UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                    )   Bankruptcy Case No. 14-83123
                                          )
RUBLOFF SHOREWOOD, L.L.C.                 )   Chapter 11
an Illinois Limited Liability Corporation )
                              Debtor.     )

NOTICE OF HEARING

TO:   See Attached List

**NOTICE IS HEREBY GIVEN** that on Wednesday, February 18, 2014 at 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Thomas Lynch in the Courtroom usually occupied by him, or any other Judge presiding in his place, in the U.S. Courthouse, 327 S. Church Street, Rockford, Illinois 61101, to consider and act upon one or more of the following matters: **Final Application to Approve Attorney's Fees and Costs**. The Application seeks the approval of $3,150.00 in attorney's fees and -0- for costs. The Application with supporting documentation has been filed with the Clerk of the Bankruptcy Court and the same is available for viewing on line or a copy may be obtained from counsel for debtor or the U.S. District Court Clerk's Office. At which time and place you may appear, if you so desire.

Dated: January 28, 2015

                                Rubloff Shorewood, L.L.C.,
                                an Illinois Limited Liability Corporation,

                                By: _____
                                    Thomas E. Laughlin, its attorney

THOMAS E. LAUGHLIN #1588974
Attorney at Law
4616 E. State Street, Suite 3
Rockford, IL 61108
Phone: (815) 316-3038
Fax   : (815) 316-3039
tloff@aol.com

## PROOF OF SERVICE

STATE OF ILLINOIS       )
                        ) SS.
WINNEBAGO COUNTY        )

The undersigned, being first duly sworn on oath, deposes and states that I served the within **Final Application for Approval of Attorney's Fees and Costs** upon:

See Attached List

__XX__    by filing electronically on the 28th day of January, 2015.

_____    by faxing a true and correct copy of said notice at or about the hour of _____ o'clock _____ .M. on the _____ day of _____, 2015.

__XX__    by placing a true and correct copy of said notice in an envelope, each addressed as shown; that I sealed said envelope and placed sufficient U.S. postage on each; and that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 12:00 P.M. on the 28th day of January, 2015.

_____    by hand delivering a true and correct copy of said notice on the _____ day of _____, 2015 to _____.

Subscribed and sworn to before me this 28th day of January, 2015.

_____
Notary Public

OFFICIAL SEAL
CAMMY F CUSHMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/30/16

Alba REO, LLC
c/o Lauren Newman
55 East Monroe Street, 37th Floor
Chicago, IL 60603

Attorney Robert F. Rabin
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603

Black Road Investments, LLC
c/o Lawrence A. Capista
3221 Friday Road
Joliet, IL 60431

Bruce H. Danly Jr.
611 E. Prospect Avenue
Lake Bluff, IL 60044-2617

Gerald H. Weber Jr.
1850 North Mulford Road
Rockford, IL 61107

Internal Revenue Service
Cincinnati, OH 45999-0039

James W. Loarie
82 S. Deer Park Drive
Highland Park, IL 60035

Market Place Owners Association
2756 Caton Farm Road
Joliet, IL 60435

Oxford Development Partners, LLC
2150 East Lake Cook Road
Suite 320
Buffalo Grove, IL 60089

Robert S. Brownson
106 Clubhouse Drive
Barrington, IL 60010-6964

Ronald E. Swenson
6723 Weaver Road
Suite 108
Rockford, IL 61114

Rubloff Development Group, Inc.
6723 Weaver Road
Suite 108
Rockford, IL 61114

Village of Shorewood
One Town Center Blvd.
Shorewood, IL 60404

Village of Shorewood Police Department
903 W. Jefferson Street
Shorewood, IL 60404

Will County Collector
PO Box 5000
Joliet, IL 60434

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 14-83123 |
| | ) | |
| RUBLOFF SHOREWOOD, L.L.C. | ) | Chapter 11 |
| an Illinois Limited Liability Corporation | ) | |
| Debtor. | ) | |

## FINAL APPLICATION FOR APPROVAL OF ATTORNEY'S FEES AND COSTS

THOMAS E. LAUGHLIN, Attorney for the Debtor in Possession, submits this FINAL APPLICATION FOR APPROVAL OF ATTORNEY'S FEES AND COSTS pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016.

1. The Petition herein was filed on October 16, 2014.

2. The Court entered an Order on November 12, 2014 that I be approved as attorney for the Debtor-in-Possession, *nuc pro tunc* to the date of filing of the Petition.

3. Prior to the filing of the case, I was provided with $10,000.00 for a combination of the filing fee and attorney's fees.

4. The First Application for Interim Attorney's Fees was heard and granted on December 17, 2014 in the amount of $4,635.00.

5. Attached hereto as Exhibit A are copies of invoices involved in this Chapter 11 proceeding covering work from November 24, 2014 through February 18, 2015.

6. The total sought for approval of this application is $ 3,150.00 for fees and -0- for costs.

7. Permission is requested to pay the balance of $2,448.00 in the trust account in partial payment of the fees approved by the Court.

8. Section 330(a)(5) of the Bankruptcy Code provides:

The court shall reduce the amount of compensation awarded under this section by the amount of any interim compensation awarded under section 311, and, if the amount of such interim compensation exceeds the amount of compensation awarded under this section, may order the return of the excess to the estate.

9. The request for final approval for attorney's fees and costs is therefore the total of all interim approvals plus this final application for approval of attorney's fees and expenses for time and expenses incurred since those on the Third Interim Application. Therefore the amount sought in this final approval is the total of $3,150.00, with credit given for all interim payments which have been received leaving a balance to be paid. A copy of the final invoice is attached as Exhibit A.

10. The 120-day period applicable to applications for interim application for approval of fees which applies to Section 331 of the Bankruptcy Code, by its terms, does not apply to requests for final compensation pursuant to Section 330 of the Bankruptcy Code.

## INDEPENDENT MATTERS

The following is a list of separate matters included in this application and the amount sought for each matter.

| | |
|---|---|
| GENERAL | $ 2,550.00 |
| COMPENSATION | $   600.00 |
| TOTAL | $ 3,150.00 |

## GENERAL

The time for the fees sought in this Final Application which have not been previously approved are for time spent after the initial meeting of creditors. That consists of time spent in contact with possible interested investors and a compilation of documentation for the final report. In result of attempts to create a plan of reorganization which is capable of being confirmed and/or, to find a solution which could be confirmable failed, a Motion to Dismiss this Chapter 11 was filed and set for hearing. To do anything

else would have been a waste of resources on behalf of the debtor, time on behalf of counsel and would have been necessarily burdened the court system.

## COMPENSATION

This matter consists of preparation of the Final Application with related invoices.

WHEREFORE, THOMAS E. LAUGHLIN prays for the entry of an Order approving Attorney's Fees in the sum of $3,150.00 for a total for the entire case of $7,785.00, with credit allowed for the sum of $4,635.00 previously received, leaving a balance due of $3,150.00 and allowing payment of $2,448.00 from the trust account, leaving a balance unpaid of $702.00.

 Rubloff Shorewood, L.L.C., an Illinois Limited
 Liability Corporation, Debtor-in-Possession,

By: _____
 Thomas E. Laughlin, its attorney

THOMAS E. LAUGHLIN #1588974
Attorney at Law
4616 E. State Street, Suite 3
Rockford, IL 61108
Phone: (815) 316-3038
Fax   : (815) 316-3039
tloff@aol.com