UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

In Re:  )     BK No.:  14-83123

RUBLOFF SHOREWOOD, L.L.C.  )

an Illinois Limited Liability Corporation,  )     Chapter:  11

)     Honorable Thomas M. Lynch

)

)

Debtor(s)  )

**ORDER APPROVING FINAL APPLICATION FOR ATTORNEY'S FEES AND COSTS**

The Final Application to Approve Attorney's Fees and Costs in the sum of $3,150.00 and costs in the sum of $0 for a total for the entire case of $7,785.00, with credit allowed for the sum of $4,635.00 previously received, leaving a balance due of $3,150.00 and allowing payment of $2,448.00 from the trust account, leaving a balance unpaid of $702.00 is granted.

Enter:

Honorable Thomas M. Lynch

Dated:  February 18, 2015                                     United States Bankruptcy Judge

**Prepared by:**

Thomas E. Laughlin #1588974
4616 E. State Street, Suite 3
Rockford, IL 61108
Phone: (815) 316-3038  Fax: (815) 316-3039
tloff@aol.com